**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Olamide Fedapo Ogunnowo v. The State of Texas

Appellate case number:   01-22-00174-CR

Trial court case number:   19-DCR-086413

Trial court:                    400th District Court of Fort Bend County

On November 9, 2022, Appellant Olamide Ogunnowo ("Appellant") filed a Motion for Extension of Time to File Brief, requesting a ninety-day extension. Appellant's brief was due October 12, 2022.[1,2] Appellant explains that his appellate counsel was newly appointed and, because this Court only recently received notice of the appointment, counsel has not been able to review the clerk's record or reporter's record. Although there is no certificate of conference, Appellant states in his motion that the parties agreed to the motion.

The motion for ninety-day extension is **granted**. Appellant's brief is due **January 10, 2023**.

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                    Acting individually

Date:  December 1, 2022

---

[1]     Appellant's brief originally was due August 11, 2022, but acting pro se, he secured several motions for extension of time in which to file his brief. The most recent of those extensions imposed a deadline of October 12, 2022 for the brief to be filed.

[2]     Appellant stated in his motion that his brief was due on or about November 12, 2022. Therefore, he requested a ninety-day extension until February 10, 2023. However, given that his brief was due October 12, 2022, a ninety-day extension would make the brief due on January 10, 2023.